## Commonwealth *v.* Myers, Appellant.

Argued March 10, 1975. *Robert W. Geigley,*
with him *Blake E. Martin,* Public Defender, for appel-
lant; *George S. Glen,* Assistant District Attorney, with
him *John R. Walker,* District Attorney, for Common-
wealth, appellee.
   Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Neubauer, et al.

Argued March 10, 1975. *David B. Schaumann,* Assistant
District Attorney, with him *Sheryl Ann Dorney,* Assistant
District Attorney, and *Donald L. Reihart,* District Attor-
ney, for Commonwealth, appellant; *John R. Gailey, Jr.,*
with him *Gailey, Fitzkee & Gates,* for appellees.
   Order affirmed.